# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK W. DOBRONSKI,

      Plaintiff,

v.

E-COVER ME, INC. *et al.* ,

      Defendants.

_____

Case No. 2:22-cv-10009-MAG-JJCG
District Judge Mark A. Goldsmith
Magistrate Judge Jonathan J.C. Grey

## ORDER TO SHOW CAUSE

On November 23, 2021, Mark W. Dobronski commenced this *pro se* action in the Circuit Court of Washtenaw County against E-Cover Me, Inc., Royal Neighbors of America ("Royal Neighbors"), Jason Robert Williams, Ross Owen Griffon, and Howard Todd Jendlin, alleging violations of the Telephone Consumer Protection Act of 1991, Michigan Telephone Companies as Common Carriers Act, and Michigan Home Solicitation Sales Act. (ECF No. 1.) On January 4, 2022, Royal Neighbors removed the case to the United States District Court for the Eastern District of Michigan and attached a copy of the summons it received. *Id.* Royal Neighbors also certified that all defendants consented to removal. *Id.*

Although Dobronski named multiple defendants in this action, there is no proof of service on record for E-Cover Me, Inc., Jason Robert Williams, Ross Owen Griffon, and Howard Todd Jendlin. For a federal court to exercise personal jurisdiction over a defendant, service of summons is required. *Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co., Ltd.*, 484 U.S. 97, 104 (1987).

Accordingly, Dobronski is **ORDERED** to file proof of service of process or otherwise show cause why his claims against E-Cover Me, Inc., Jason Robert Williams, Ross Owen Griffon, and Howard Todd Jendlin should not be dismissed on or before **WEDNESDAY, FEBRUARY 16, 2022**.

IT IS SO ORDERED.

Dated: January 26, 2022         s/**Jonathan J.C. Grey**
                                Jonathan J.C. Grey
                                United States Magistrate Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 26, 2022.

s/ **S. Osorio**
Sandra Osorio
Case Manager
