UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

        Plaintiff,

v.

ROYAL NEIGHBORS OF AMERICA *et al.*,

        Defendants.

Case No. 2:22-cv-10009-MAG-JJCG
District Judge Mark A. Goldsmith
Magistrate Judge Jonathan J.C. Grey

## **ORDER VACATING ORDER TO SHOW CAUSE**

On November 23, 2021, Mark W. Dobronski commenced this pro se action in the Circuit Court of Washtenaw County against E-Cover Me, Inc., Royal Neighbors of America ("Royal Neighbors"), Jason Robert Williams, Ross Owen Griffon, and Howard Todd Jendlin, alleging violations of the Telephone Consumer Protection Act of 1991, Michigan Telephone Companies as Common Carriers Act, and Michigan Home Solicitation Sales Act. (ECF No. 1.)

On January 26, 2022, the Court, only having proof of service of Royal Neighbors, ordered Dobronski to file proof of service of process or otherwise show cause why his claims against E-Cover Me, Inc., Jason Robert Williams, Ross Owen Griffon, and Howard Todd Jendlin should not be dismissed. (ECF No. 9.)

Later the same day, Dobronski filed certificates of service for E-Cover Me, Inc., Jason Robert Williams, Ross Owen Griffon, and Howard Todd Jendlin. (ECF No. 10.)

Accordingly, it is hereby **ORDERED** that the Court's order to show cause is satisfied and hereby vacated.

**SO ORDERED**.

Dated:   January 31, 2022              s/**Jonathan J.C. Grey**
                                       Jonathan J.C. Grey
                                       United States Magistrate Judge

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 31, 2022.

                                       s/ **S. Osorio**
                                       Sandra Osorio
                                       Case Manager