UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARK W. DOBRONSKI,**

   Plaintiff,

vs.

**ROYAL NEIGHBORS OF AMERICA et al.,**

   Defendants.

Case No. 2:22-cv-10009-MAG-JJCG

**District Judge Mark A. Goldsmith**

**Magistrate Judge Jonathan J.C. Grey**

---

## STIPULATED ORDER EXTENDING VACATING DEFAULTS

The parties, by their undersigned counsel, where applicable, having stipulated to the same, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the Defaults entered against Defendants E-Cover Me, Inc.; Ross Owen Griffon and Howard Todd Jendlin are vacated.

**IT IS HEREBY FURTHER ORDERED** that Defendants E-Cover Me, Inc.; Ross Owen Griffon and Howard Todd Jendlin shall have seven (7) days to file responsive pleadings.

**SO ORDERED**.


Date: February 24, 2022_____

**s/JONATHAN J.C. GREY**
Jonathan J.C. Grey
United States Magistrate Judge

**Approved As To Form**

                        UFER, SPANIOLA & FROST, P.C.

 /s/Mark W. Dobronski (with consent)    /s/Kevin J. Elias
Mark W. Dobronski                       By: Kevin J. Elias (P60133)
P.O. Box 85547                          Attorney for E-Cover Me, Inc., Jason Robert
Westland, MI 48185                      Williams, Ross Owen Griffon and Howard
(734) 330-9671                          Todd Jendlin
markdobronski@yahoo.com                 5440 Corporate Drive, Suite 250
                                        Troy, MI  48098
                                        (248) 641-7000
                                        kje@usf-law.com

                        DEMOREST LAW FIRM, PLLC

                        /s/Derek R. Mullins (with consent)
Derek R. Mullins (P81422)
Attorneys for Defendant Royal
322 W. Lincoln Avenue
Royal Oak, MI  48067
(248) 723-5500
derek@demolaw.com