UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI, an individual | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 22-10009 |
| v. | ) ) Judge: Mark A. Goldsmith |
| E-COVER ME, INC, a Missouri corporation, d/b/a, SENIOR BENEFITS LIFE INSURANCE, ROYAL NEIGHBORS OF AMERICA, an Illinois fraternal Insurer; JASON ROBERT WILLIAMS, an individual; ROSS OWEN GRIFFON, an individual; and HOWARD TODD JENDLIN, an individual, | ) ) Magistrate Judge: J.C. Grey ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## STIPULATED ORDER OF DISMISSAL OF DEFENDANT ROYAL NEIGHBORS OF AMERICA, ONLY, PURSUANT TO F.R.C.P 21

Pursuant to the stipulation by and between Plaintiff Mark W. Dobronski and Defendant Royal Neighbors of America ("Royal Neighbors"), and/or their respective counsel:

**IT IS HEREBY ORDERED** that this action is dismissed, with prejudice, as to Defendant Royal Neighbors, only, with each party bearing that party's own attorneys' fees and costs.

**SO ORDERED**.

Dated:  August 15, 2022
   Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

DEMOREST LAW FIRM, PLLC

*/s/Mark W. Dobronski (with consent)*
Mark W. Dobronski
Plaintiff In Pro Per
P.O. Box 85547
Westland, MI 48185
(734) 330-9671
markdobronski@yahoo.com

By:*/s/Mark S. Demorest*
Mark S. Demorest (P35912)
Attorneys for Royal Neighbors
322 W. Lincoln Avenue
Royal Oak, MI 48067
(248) 723-5500
mark@demolaw.com

Dated:  July 13, 2022

Dated:  July 13, 2022

Royal Neighbors of America/Dobronski Lawsuit (1441)/1 Draft Pleadings/2022 05 05 Stipulated Order of Dismissal.docx