UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARK W. DOBRONSKI,**

        **Plaintiff,**                        **Case No. 2:22-cv-10009-MAG-JJCG**

**vs.**                                     **District Judge Mark A. Goldsmith**

**ROYAL NEIGHBORS OF AMERICA et al.,**          **Magistrate Judge Jonathan J.C. Grey**

        **Defendants.**

---

### STIPULATED ORDER COMPELLING DISCOVERY

The parties, by their undersigned counsel, where applicable, having stipulated to the same, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery is dismissed without prejudice.

**IT IS HEREBY FURTHER ORDERED** that Defendants E-Cover Me, Inc.; Ross Owen Griffon and Howard Todd Jendlin shall have fourteen (14) days to respond to Plaintiff's outstanding discovery requests.

**SO ORDERED**.

Date: _____        _____

1

**Approved As To Form**

                                             UFER, SPANIOLA & FROST, P.C.


 /s/Mark W. Dobronski (with consent)          /s/Kevin J. Elias
Mark W. Dobronski                            By: Kevin J. Elias (P60133)
P.O. Box 85547                               Attorney for E-Cover Me, Inc., Jason Robert
Westland, MI 48185                           Williams, Ross Owen Griffon and Howard
(734) 330-9671                               Todd Jendlin
markdobronski@yahoo.com                      5440 Corporate Drive, Suite 250
                                             Troy, MI  48098
                                             (248) 641-7000
                                             kje@usf-law.com