UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W DOBRONSKI,

    Plaintiff,

v.

E-COVER ME, INC., et al.,

    Defendants.
_____/

Case No. 22-cv-10009

HON. MARK A. GOLDSMITH

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled, dismisses the case with prejudice, subject to reopening within 45 days if the settlement is not consummated, or if the parties stipulate to some other order of dismissal. The case is now closed.

SO ORDERED.

Dated: March 13, 2023
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1